Fill in this information to identify the case:

Debtor 1: JOHN ROMAN

Debtor 2: LINETTE M. ROMAN
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number: 13-35184

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** BMO Harris Bank N.A.

**Last 4 digits** of any number you use to identify the debtor's account: 3 5 3 3

**Property address:** 742 BUCKINGHAM COURT
Number    Street

CAROL STREAM    IL    60188
City    State    ZIP Code

**Court claim no.** (if known): _____

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 77,597.59

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 0.00

c. **Total**. Add lines a and b.    (c) $ 77,597.59

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    03/14/2015    **Loan Matured on 3/14/15**
MM / DD / YYYY

Debtor 1  **JOHN ROMAN**
First Name   Middle Name   Last Name

Case number (if known) 13-35184

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☒ I am the creditor.
☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X /s/ Lourdes Chevrez
Signature

Date 04/02/2019

Print: Lourdes   Chevrez
First Name   Middle Name   Last Name

Title: Bankruptcy Specialist

Company: BMO Harris Bank N.A.

If different from the notice address listed on the proof of claim to which this response applies:

Address: PO BOX 2035
Number   Street

Milwaukee   WI   53201
City   State   ZIP Code

Contact phone (866) 280-8434

Email: bankruptcy@bmo.com

Form 4100R   Response to Notice of Final Cure Payment   page 2

Privileged and Confidential

| Creditor: | BMO Harris |
|---|---|
| Debtor: | John Roman, Linette M Roman |
| Case No.: | 13-35184 |
| Loan No.: | XXXXXX3533 |
| Our File No.: | 5505-N-2344 |
| Collateral: | 742 Buckingham CT<br>Carol Stream, IL, 60188 |

**PAYMENTS RECEIVED**

| Loan Status as of: | 4/2/2019 |
|---|---|
| Initial Due Date: | 9/19/2013 |

| Date Received | Amount Received | Due Date | Amount Due | Late Charges/ NSF/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
|  | $ - | 9/19/2013 | $ 133.66 | $ - | $ (133.66) | Payment Accrued |
| 9/30/2013 | $ 150.00 |  |  |  | $ 150.00 | Funds Received |
|  | $ - | 10/19/2013 | $ 129.34 | $ - | $ (129.34) | Payment Accrued |
| 11/6/2013 | $ 275.00 |  |  |  | $ 275.00 | Funds Received |
|  | $ - | 11/19/2013 | $ 129.34 | $ - | $ (129.34) | Payment Accrued |
| 12/3/2013 | $ 150.00 |  |  |  | $ 150.00 | Funds Received |
|  | $ - | 12/19/2013 | $ 129.30 | $ - | $ (129.30) | Payment Accrued |
|  | $ - | 1/19/2014 | $ 129.30 | $ - | $ (129.30) | Payment Accrued |
| 2/18/2014 | $ 300.00 |  |  |  | $ 300.00 | Funds Received |
|  | $ - | 2/19/2014 | $ 129.30 | $ - | $ (129.30) | Payment Accrued |
|  | $ - | 3/19/2014 | $ 120.66 | $ - | $ (120.66) | Payment Accrued |
| 3/26/2014 | $ 150.00 |  |  |  | $ 150.00 | Funds Received |
|  | $ - | 4/19/2014 | $ 120.66 | $ - | $ (120.66) | Payment Accrued |
|  | $ - | 5/19/2014 | $ 120.66 | $ - | $ (120.66) | Payment Accrued |
| 6/2/2014 | $ 300.00 |  |  |  | $ 300.00 | Funds Received |
|  | $ - | 6/19/2014 | $ 120.66 | $ - | $ (120.66) | Payment Accrued |
|  | $ - | 7/19/2014 | $ 120.66 | $ - | $ (120.66) | Payment Accrued |
|  | $ - | 8/19/2014 | $ 120.66 | $ - | $ (120.66) | Payment Accrued |
|  | $ - | 9/19/2014 | $ 120.66 | $ - | $ (120.66) | Payment Accrued |
|  | $ - | 10/19/2014 | $ 120.66 | $ - | $ (120.66) | Payment Accrued |
|  | $ - | 11/19/2014 | $ 120.66 | $ - | $ (120.66) | Payment Accrued |
|  | $ - | 12/19/2014 | $ 120.66 | $ - | $ (120.66) | Payment Accrued |
|  | $ - | 1/19/2015 | $ 120.66 | $ - | $ (120.66) | Payment Accrued |
|  | $ - | 2/19/2015 | $ 120.66 | $ - | $ (120.66) | Payment Accrued |
| Total Payments | $ 1,325.00 |  |  | $ - |  |  |
|  |  |  |  |  |  |  |
| Loan Matured 3/14/15 | $ | Principal | $ 69,873.84 |  |  |  |
|  |  | Accrued interest | $ 7,723.75 |  |  |  |
|  |  |  |  |  |  |  |
| Total Payoff as of 4/2/19 |  |  | $ 77,597.59 |  |  |  |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:   RESPONSE TO NOTICE OF FINAL CURE

CASE NO.  13-35184

Debtor:  JOHN ROMAN and LINETTE M. ROMAN

CHAPTER:  13

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this April 2, 2019, served a copy of the Response to Notice of Final Cure Payment upon all parties listed by placing the same into the United States mail with adequate pre-paid postage thereon;

JOHN ROMAN
LINETTE M. ROMAN
742 BUCKINGHAM COURT
CAROL STREAM, IL 60188

BRADLEY S COVEY
428 S BATAVIA AVE
BATAVIA, IL 60510

GLENN B STEARNS
801 WARRENVILLE ROAD
SUITE 650
LISLE, IL 60532

        BMO Harris Bank, N.A.

        By:  __/s/ Lourdes Chevrez_____
           Bankruptcy Specialist

PO BOX 2035
MILWAUKEE, WI 53201
(866)280-8434 Option #2